IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:20-CR-105-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TROEY LEE RICHARDSON, | ) | |
| Defendant. | ) | |

Troey Lee Richardson, appearing pro se, filed a motion for a full copy of his case docket sheets, transcript, plea agreement, and factual basis. See [D.E. 33]. Richardson pleaded guilty without a plea agreement and although a court reporter transcribed the plea and sentencing hearings, the court reporter did not prepare transcripts. No one ordered them.

"An indigent is not entitled to a transcript at government expense without a showing of need, merely to comb the record in the hope of discovering some flaw." United States v. Shoaf, 341 F.2d 832, 833-34 (4th Cir. 1964). Richardson has failed to show a particularized need for the transcripts. To the extent Richardson's motion could be construed as motion to obtain transcripts without charge, the motion [D.E. 33] is DENIED.

SO ORDERED. This 12 day of October, 2022.

JAMES C. DEVER III
United States District Judge